**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Thea Gurley,<br><br>          **Plaintiff,**<br><br>    -against-<br><br>Marlyn Kopp, Superintendent of Sing Sing Facility,<br><br>          **Defendant.** | **1:25-cv-09948 (JHR) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Petitioner's letter, dated May 21, 2026 and filed on June 10, 2026 (ECF No. 17). The Clerk of Court is respectfully requested to send Petitioner a copy of the Petition for a Writ of Habeas Corpus (ECF No. 1).

Petitioner already should have received copies of Respondent's opposition papers (ECF No.'s 15 and 16). If Petitioner has not received such papers, he shall immediately notify the Court. Petitioner has not yet filed a reply to Respondent's opposition papers, and may file a reply within 30 days. If Petitioner does not, the Court will make its recommendation based upon the current record.

**SO ORDERED.**

Dated:     New York, New York
              June 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge